# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIHU BLANKS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 20 C 07421 |
| FITNESS INTERNATIONAL, LLC d/b/a LA FITNESS, ) ) ) | Judge John J. Tharp, Jr. |
| Defendant. ) | |

## JUDGMENT ORDER

This action having been decided on a motion to dismiss by Judge John J. Tharp, Jr., it is hereby ORDERED:

Judgment is hereby entered in favor of defendant Fitness International, LLC, and against plaintiff Elihu Blanks. Defendant shall recover costs from plaintiff.

Date: February 15, 2022

John J. Tharp, Jr.
United States District Judge